IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA TAPIA;
VANESSA ARAGON; and
NEW MEXICO TRANSPORTATION UNION,
ERNEST LUCERO, Chairman,

      Plaintiffs,

vs.                                            No. CIV 13-0206 JB/ACT

CITY OF ALBUQUERQUE;
RICHARD BERRY, Mayor;
ROBERT J. PERRY, Chief
Administrative Officer; BRUCE
RIZZIERI, Transit Dept. Director;
CITY PERSONNEL BOARD;
PAULA FORNEY; and
CARMEN WAGNER-MOGLE, M.D.,

      Defendants.

### **ORDER**[1]

**THIS MATTER** comes before the Court on the Plaintiffs' Motion for Reconsideration, filed June 30, 2014 (Doc. 98)("Motion"). The Court will deny the Motion.

**IT IS ORDERED** that the Plaintiffs' Motion for Reconsideration, filed June 30, 2014 (Doc. 98), is denied.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the Plaintiffs' Motion for Reconsideration, filed June 30, 2014 (Doc. 98). The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Paul Livingston
Placitas, New Mexico

    *Attorney for the Plaintiffs*

Rebecca E. Wardlaw
   Managing Assistant City Attorney
Samantha M. Hults
Steve D. Nichols
   Assistant City Attorneys
Albuquerque, New Mexico

--and--

Stephen G. French
Paula I. Forney
Erika E. Anderson
French & Associates, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants City of Albuquerque, Richard Berry, Robert J. Perry, and Bruce Rizzieri*

Debra J. Moulton
Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant City Personnel Board*

Alfred L. Green , Jr.
Emily A. Franke
Neil R. Blake
Butt Thornton & Baehr, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Paula Forney*

Lynn S. Sharp
Christopher Lee Moander
Charles P. List
Sharp Law Firm
Albuquerque, New Mexico

*Attorneys for Defendant Carmen Wagner-Mogle, M.D.*